

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00387-CV

IN RE JUDGE CARLOS CORTEZ                       RELATOR

----------

ORIGINAL PROCEEDING

----------

## MEMORANDUM OPINION[1]

----------

This court has received a copy of the November 15, 2013 order from the Sixth Court of Appeals in its cause number 06-13-00120-CV temporarily staying the trial court order complained of in this petition for writ of mandamus and injunction. Additionally, we have received a motion from relator indicating that this original proceeding is now moot and asking for it to be dismissed.

---

[1]See Tex. R. App. P. 47.4.

Accordingly, this court is of the opinion that the petition for writ of mandamus and injunction pending in this court should be dismissed as moot and that the temporary stay ordered by this court on November 5, 2013 is no longer effective. Accordingly, relator's petition for writ of mandamus and injunction is dismissed as moot.

TERRIE LIVINGSTON
CHIEF JUSTICE

PANEL: LIVINGSTON, C.J.; GARDNER and GABRIEL, JJ.

DELIVERED: November 21, 2013